# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>**VIGUIE FILMS, INC.**<br><br>DEBTOR(S) | CASE NO.: **09-08998-SEK**<br>JUDGE: **SARA E. DE JESUS**<br><br>(CHAPTER 7) |
|---|---|

## TRUSTEE'S REPORT AFTER MEETING OF CREDITORS

Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on December 16, 2009. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

**Claims docket necessary at this time.** Yes ✓ No ___.   Track No. _2_
**Exemptions as claimed in Schedule C allowed.** Yes ___ No ___
**Creditor(s) Present** Yes ___ No ✓ .

**Attorney's Information**
Present with Debtor(s) was
___✓___ Attorney of Record
_____ Other: _____
_____ Pro-Se - See Certificate

**Debtor to amend within _____ days the following:**
___ A, ___ B, ___ C, ___ D, ___ E, ___ I & J, ___ Other _____
___ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

**Debtor to turn over to Trustee within _____ days:**
___ Documents on Real Property       ___ Documents on Vehicle
(Appraisal, Title Search, Mortgage Balance) _Trustee to pursue liquidation of assets. Collection of A/R. Review of financial information received._

**Trustee further requests that:**
___ Case be closed as no-asset as of the date of §341(a) meeting.    ___ Upon receipt of documents.
✓ Case be held open for potential asset recovery.
___ Case be **RESET** the §341(a) Meeting
  ___ On the ___ day of _____, 200__, at _____.
  ___ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:
    ___ Debtor(s) failed to appear.
    ___ Attorney for Debtor(s) failed to appear.
    ___ Further testimony or material is needed.

___ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reason(s):
___ Failure to provide complete: ___ Schedules, ___ Statement of Affairs, ___ Mailing Lists,
___ Description of estate assets.
___ Failure of _____ Debtor(s) _____ Counsel to appear at:
    _____ initial _____ subsequent creditor meetings.

Dated: December 16, 2009

_____
WIGBERTO LUGO-MENDER, Trustee